UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jody Concepcion, et al

                        Plaintiffs.

-V-

New York City, et al,

                        Defendants.

Case No.
05-cv-8501 (KMK)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/05

KENNETH M. KARAS, District Judge:

       The above-captioned case is hereby consolidated with 04 cv 7922, *Schiller v. City of New York*, for discovery purposes as related to the protest activity and arrests during the 2004 Republican National Convention and is referred to Magistrate Judge Francis for general pre-trial purposes and discovery.

Dated: November 15, 2005
New York, New York

                                                KENNETH M. KARAS
                                               UNITED STATES DISTRICT JUDGE