Blumbergs Law Products
Method: Corp. or Ind.: Military Service, 10 pt. type, 1-95
PUBLISHER, NYC 10013

UNITED STATES DISTRICT COURT
~~COUNTY~~ SOUTHERN DISTRICT OF NEW YORK

Docket # _____

Index No. 05 CV 8501 (KMK) (JCF)

JODY CONCEPCION,
                                    Plaintiff
                against
THE CITY OF NEW YORK, POLICE OFFICER ALEXIS FERNANDEZ, Shield #29781, "JANE and JOHN DOES" 1-15, and the REPUBLICAN NATIONAL COMMITTEE,
                                    Defendants

**AFFIDAVIT OF SERVICE OF AMENDED COMPLAINT**

STATE OF NEW YORK, COUNTY OF NEW YORK SS: The undersigned, ~~being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at~~ *attorney, duly admitted to practice under the laws of the State of New York, hereby affirms under penalty of perjury:*

That on November 14, 2005 at M., at deponent served the within AMENDED COMPLAINT therein named,

INDIVIDUAL 1. ☐ by delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said therein.

CORPORATION 2. ☒ a *municipal* *and Police Officers* corporation, by delivering thereat a true copy of ~~each~~ *the amended complaint* to *Jeffrey A. Dougherty* personally, deponent knew said corporation so served to be the corporation described in said ~~summons~~ *as said attorney for def.* and knew said individual to be *Attorney for defendants* thereof. *City of NY and Police Officers*

SUITABLE AGE PERSON 3. ☐ by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is —actual place of business—dwelling place—usual place of abode—within the state.

AFFIXING TO DOOR, ETC. 4. ☐ by affixing a true copy of each to the door of said premises, which is —actual place of business—dwelling place— usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

MAILING TO RESIDENCE USE WITH 3 OR 4
5A. ☐ Within day of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to at last known residence, at and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

MAILING TO BUSINESS USE WITH 3 OR 4
5B. ☐ Within days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to at actual place of business, at in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the

DESCRIPTION USE WITH 1, 2, OR 3 ☐
☐ Male   ☐ White Skin   ☐ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'   ☐ Under 100 Lbs.
☐ Female ☐ Black Skin   ☐ Brown Hair   ☒ Balding      ☐ 21-35 Yrs.   ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
         ☐ Yellow Skin  ☐ Blonde Hair  ☒ Mustache     ☐ 36-50 Yrs.   ☐ 5'4"-5'8"   ☐ 131-160 Lbs.
         ☐ Brown Skin   ☐ Gray Hair    ☐ Beard        ☐ 51-65 Yrs.   ☐ 5'9"-6'0"   ☐ 161-200 Lbs.
         ☐ Red Skin     ☐ Red Hair     ☐ Glasses      ☐ Over 65 Yrs. ☐ Over 6'    ☐ Over 200 Lbs.

Other identifying features:

USE IN NYC CIVIL CT. ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

MILITARY SERVICE ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to ~~before~~ me on *Affirmed NY, NY November 14, 2005*

_____
PRINT NAME BENEATH SIGNATURE
KAREN WOHLFORTH