UNITED STATES DISTICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

JODY CONCEPCION,                                    Docket No. 05 CV 8501 (KMK) (JCF)

        Plaintiff

   -against-                                         AFFIDAVIT OF SERVICE OF
                                                    AMENDED COMPLAINT

THE CITY OF NEW YORK ET AL,

        Defendants

---------------------------------------------------------x

KAREN WOHLFORTH, an attorney duly admitted to practice law in the State of New York, hereby affirms under penalty of perjury that

On the 14th day of November, 2005, I served a true copy of the amended complaint upon Jeff Buley, Esq., the attorney for the Republican National Committee, at 27 Elk Street, Albany New York 12207, the address designated by said attorney for that purpose by sending a true copy of the Amended Complaint via Federal Express mail.

Affirmed the 14th day of November, 2005
New York, NY

KAREN WOHLFORTH, ESQ.