UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

JODY CONCEPCION,

                               Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER
ALEXIS FERNANDEZ, Shield #29781, "JANE and
JOHN DOES" 1-15, and the REPUBLICAN
NATIONAL COMMITTEE,

                               Defendants.

------------------------------------------------------------------- x

SUBSTITUTION OF <u>COUNSEL</u>

<u>05 CV 8501 (KMK) (JCF)</u>

        The Republican National Committee (the "RNC"), by its Chief Counsel, Thomas J. Josefiak, hereby requests and consents that the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, 100 Church Street, New York, New York 10007 be substituted in the place and stead of Jeff Buley, Esq., 27 Elk Street, Albany, New York 12207 as the attorneys of record on behalf of the RNC in the above captioned action.

Dated: New York, New York
       December 5, 2005

_____
THOMAS J. JOSEFIAK
Chief Counsel to the Republican National Committee
310 First Street, SE
Washington, D.C. 20003
202-863-8638

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

JODY CONCEPCION,

                            Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER
ALEXIS FERNANDEZ, Shield #29781, "JANE and
JOHN DOES" 1-15, and the REPUBLICAN
NATIONAL COMMITTEE,

                            Defendants.

---------------------------------------------------------------- x

SUBSTITUTION OF
COUNSEL

05 CV 8501 (KMK) (JCF)

      I, Jeffrey Buley, Esq., presently the attorney of record for the RNC in the above captioned action, hereby consent to the substitution of the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, 100 Church Street, New York, New York 10007 in my place and stead to act as the attorneys of record for the Republican National Committee in the above captioned action.

Dated: Albany, New York
         December 5, 2005

                                          JEFFREY BULEY (JB 4873)
                                          27 Elk Street
                                          Albany, New York 12207
                                          518-432-9563

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JODY CONCEPCION,

                                        Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER
ALEXIS FERNANDEZ, Shield #29781, "JANE and
JOHN DOES" 1-15, and the REPUBLICAN
NATIONAL COMMITTEE,

                                        Defendants.

SUBSTITUTION OF
COUNSEL

05 CV 8501 (KMK) (JCF)

------------------------------------------------------------------------ x

      Michael A. Cardozo, Corporation Counsel of the City of New York consents to being substituted as counsel of record for the Republican National Committee in the above captioned action.

Dated: New York, New York
       December 5, 2005

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
100 Church Street, Room 3-211
New York, New York 10007
212-788-8683

By: _____
     JAY A. KRANIS (JK 2576)
     Senior Counsel
     Special Federal Litigation Division