UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

JODY CONCEPCION,

                              Plaintiff,

    -versus-                                                  **05 CV 8501 (KMK) (JCF)**

THE CITY OF NEW YORK, et al.

                              Defendants.

------------------------------------------------------------------------ x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Jeffrey A. Dougherty hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for Defendants the City of New York, Police Officer Alexis Fernandez and the Republican National Committee effective this date. Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on appearing counsel.

Dated: New York, New York
         December 14, 2005

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the City of New York
                                        *Counsel Defendants*

                                        By:    _____/s/_____
                                               Jeffrey A. Dougherty (JD 5224)
                                               Special Assistant Corporation Counsel
                                               Special Federal Litigation
                                               100 Church Street, Room 3-135
                                               New York, New York 10007
                                               212-788-8342 (direct)
                                               212-788-9776 (fax)

cc:  All Parties (by ECF)