```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
JODY CONCEPCION,
                    Plaintiff,          05 CV 8501 (KMK) (JCF)

        -versus-

THE CITY OF NEW YORK, POLICE OFFICER
ALEXIS FERNANDEZ, Shield #29781,
"JANE and JOHN DOES" 1-15,
And rhe REPUBLICAN NATIONAL COMMITTEE,

                    Defendants.
----------------------------------------x
```

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that LESLIE LEWIS, ZELDA STEWART and KAREN WOHLFORTH, attorneys for Plaintiff JODY CONCEPCION hereby Appear on Plaintiff's behalf.  Please serve a copy of all Papers to be served in this matter, by ECF or otherwise, on appearing counsel.

Dated:   New York, New York
         December 15, 2005

                                        _____/s/_____
                                        LESLIE LEWIS, ESQ.


                                        _____/s/_____
                                        ZELDA STEWART, ESQ.


                                        _____/s/_____
                                        KAREN WOHLFORTH, ESQ.


cc: All Parties (by ECF)