SUPREME COURT OF THE STATE OF NEW YORK                                    Attorney: KAREN WOHLFORTH - 276

COUNTY OF NEW YORK

JODY CONCEPCION                                                           Index # 05-112185
                                                              Plaintiff(s)  Purchased August 30, 2005
                    - against -                                           Date Filed:

THE CITY OF NEW YORK, ETAL

                                                              Defendant(s)  **AFFIDAVIT OF SERVICE**

STATE OF District of Columbia COUNTY OF                                ss.:

   Edwin L. Jarnagin              BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS
ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT DC                   . ON 10/4/05    AT 4:10    AM/PM
AT
   310 1st Street SE, Washington, DC 20003
DEPONENT SERVED THE WITHIN SUMMONS & VERIFIED COMPLAINT
ON: REPUBLICAN NATIONAL COMMITTEE ,THE DEFENDANT/RESPONDENT THEREIN NAMED.

**#1 INDIVIDUAL**      By delivering a true copy of each to said defendant/respondent personally; deponent knew the person so served to be
   [ ]                 the person described as the defendant/respondent therein.

**#2 CORPORATION**  A _____ corporation, delivering thereat a true copy of each to _____ personally,
   [ ]                 deponent knew said corporation so serviced to be the corporation, described in same as said defendant/respondent
                       and knew said individual to be _____ thereof.

**#3 SUITABLE**        By delivering a true copy of each to _Jesse Ribble_ a person of suitable age and discretion. Said premises is the
**AGE PERSON**         defendant's/respondent's  [X] actual place of business    [ ] dwelling house / usual place of abode within the state.
   [X]

**#4 AFFIXING**        By affixing a true copy of each to the door of said premises, which is the defendant's/respondent's  [ ] actual place of
**TO DOOR**            business    [ ] dwelling house /usual place of abode within the state.
   [ ]

**#5 MAILING**         On _____, deponent completed service under the last two sections by depositing a copy of the
**COPY**               SUMMONS & VERIFIED COMPLAINT to the above address in a First Class postpaid properly addressed envelope
   [ ]                 marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States
                       Post Office in the State of _____.

                       Deponent was unable, with due diligence to find the defendant/respondent or a person of suitable age and discretion,
                       having called thereat

                       on the _____ day of _____ at _____
                       on the _____ day of _____ at _____
                       on the _____ day of _____ at _____
                       on the _____ day of _____ at _____

**#6 NON-SERVICE**     After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the
   [ ]                 defendant/respondent being served because of the following: [ ] party unknown at address    [ ] Evading
                       [ ] Moved left no forwarding  [ ] Address does not exist   [ ] No one ever in or available to accept service

**#7 DESCRIPTION**     A description of the defendant/respondent , or other person served, or spoken to on behalf of the
   [X]                 defendant/respondent is as follows:

Description is required
if #1,#2 or #3 above is
Selected

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|-----|-----------|-----------|---------------|------------------|-----------------|
| Male | White | Brown | 27 | 6'3 | 200-225 |

                       Other:

**# 8 WIT. FEES**      $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the
   [ ]                 witness/recipient.

**# 9 MILITARY**       Deponent asked person spoken to whether the defendant/respondent was in the military service of the United States
**SERVICE**            Government or on active duty in the military service in the State of _____ and was informed the
   [ ]                 defendant/respondent was not.

   The Summons Served had endorsed thereon the Index number and date of filing.

Sworn to before me on this  5th  day of October 2005        Server signature: _____

Notary Public _Rosanna Settles_                                              Edwin L. Jarnagin

                                                            Docket #: 358406
                        Rosanna Settles
                        Notary Public, District of Columbia
                        Commission Expires 10-31-2006