SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------X

JODY CONCEPCION,
                Plaintiff

Index No.:05-112185

-against-

THE CITY OF NEW YORK, POLICE OFFICERS
"JOHN" FERNANDEZ, "JANE and JOHN DOES"
1-15, and the REPUBLICAN NATIONAL
COMMITTEE
                Defendant.

PERSONAL AFFIDAVIT OF
SERVICE OF SUMMONS
and VERIFIED COMPLAINT

------------------------------------------------------------------X
STATE OF NEW YORK, COUNTY OF NEW YORK SS:

      Nadia Browne, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in the state of New York and states the following:

That on September 16, 2005 at 9:40 AM., at 100 Church Street, New York, New York 10007 deponent served the within Summons and Verified Complaint therein named, on the defendant The City of New York by serving an authorized agent whose description is as follows:

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Male | ☐ White Skin | ☐ Black hair | | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☐ Brown hair | ☐ White hair | ☒ 21-35 Yrs. | ☒ 5'0"-5'3" | ☒ 100-130 Lbs. |
| | ☐ Yellow Skin | ☒ Blond hair | ☐ Balding | ☐ 36-50 Yrs. | ☒ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☒ Brown Skin | ☐ Gray hair | | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red hair | | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Additionally, the defendant The City of New York, verified service of the said pleading by stamping the summons, a copy is attached hereto.

Sworn to before me on 9/16/05

NOTARY PUBLIC
ZELDA E. STEWART
NOTARY PUBLIC, State of New York
No. 02ST5043835
Qualified in Kings County
Commission Expires May 15, 2007

                                        Nadia Browne