SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF NEW YORK

Attorney: KAREN WOHLFORTH - 276

JODY CONCEPCION

Plaintiff(s)

- against -

THE CITY OF NEW YORK, ETAL

Defendant(s)

Index #: 05-112185

Purchased: August 30, 2005
Date Filed:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

JUAN DELGADO BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 2, 2005 at 05:10 PM at

HOUSING PPA5
221 E 123RD STREET
NEW YORK, NY 10035

deponent served the within true copy/copies of the ORDER & SUMMONS & COMPLAINT on ALEXIS FERNANDEZ, SHIELD NO 29781, the defendant/respondent therein named,

**SUITABLE AGE**  by delivering thereat a true copy/copies of each to P.O. JOSEPH GUINEY, BADGE# 12166 a person of suitable age and discretion. Said premises is the defendant's/respondent's actual place of business within the state. He identified himself as being AUTHORIZED to accept for the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 35 | 5'5 | 160 |

**MAILING**  Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's actual place of business at

HOUSING PPA5
221 E 123RD STREET
NEW YORK, NY 10035

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on November 3, 2005 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**  Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

The Summons Served had endorsed thereon the Index number and date of filing.

Sworn to me on: November 3, 2005

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Stuart J. Forman
Notary Public State of New York
No 31-4828240
Qualified in New York County
Commission Expires June 30, 2007

JUAN DELGADO
License #: 916273
Docket #: 368506