## CERTIFICATES OF SERVICE

It is hereby affirmed that the foregoing Motion to be Removed as counsel has been served via fax and mail this 2 day of February, 2006, to LESLIE LEWIS, ESQ., 162 West 21st Street, New York, New York 10011, outgoing attorney for plaintiff., and upon Jeff Dougherty, Corporation Counsel, City of New York, for the defendants.

KAREN WOHLFORTH, ESQ.