```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Jody Concepcion**
                    **Plaintiff,**

-v-

**The City of New York, et al.,**

                    **Defendants.**

Case No.

05-cv-8501 (KMK)(JCF)

<u>ORDER</u>
RNC case

<u>KENNETH M. KARAS</u>, District Judge:

The above entitled action is referred to Magistrate Judge James C. Francis for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_x_ Specific Non-Dispositive Motion/Dispute:*
_____
_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____
All such motions: _____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         February 7   ,2006

_____
Kenneth M. Karas
United States District Judge