```
UNITED STATES DISTRICT COURT            (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
JUDY CONCEPCION,                      : 05 Civ. 8501 (KMK) (JCF)
                                      :
                  Plaintiff,          :      O R D E R
                                      :
     - against -                      :
                                      :
THE CITY OF NEW YORK, et al.,         :
                                      :
                  Defendants.         :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2/9/06

    Karen Wohlforth, Esq. and Zelda Stewart, Esq. having made a motion to "remove" their co-counsel, Leslie Lewis, Esq. as attorney for plaintiff in this case, it is hereby ORDERED as follows:

    1.  Ms. Lewis shall answer the motion by March 3, 2006.

    2.  Movants shall reply by March 10, 2006.

SO ORDERED.

_____
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
          February 9, 2006

Copies mailed this date:

Karen Wohlforth, Esq.
Zelda E. Stewart, Esq.
299 Broadway, Suite 1700
New York, New York 10007

Leslie Lewis, Esq.
162 West 21st Street
New York, New York 10011

Jeffrey Dougherty, Esq.
Assistant Corporation Counsel
City of New York Law Department
100 Church Street
New York, New York 10007