**MEMO ENDORSED**

KAREN WOHLFORTH
ATTORNEY AT LAW
SUITE 1700
299 BROADWAY
NEW YORK, NEW YORK 10007
(212) 619-2457

February 28, 2006

Honorable James C. Francis IV
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/06

re: Jody Concepcion v. The City of New York, The
Republican National Committee, et al.
05 CV 8501 (KMK)

Dear Judge Francis:

  On behalf of the plaintiff in the above captioned matter, we are requesting that at the upcoming status conference on Wednesday, you issue an order directing Corporation Counsel to provide the agreements which purport to authorize them to represent the Republican National Committee or to indemnify them in the within litigation.
  We have raised this same issue at the prior two status conferences, but to date, we have received no documentation from Corporation Counsel. Attached hereto are our document demands and the defendants' response to our demands for said information.
  In addition, we request an order that counsel for the defendants provide the following specific documents:
  a. The City Agreement for the 2004 Republican National Convention (as listed in Defendant's Rule 26(a) Disclosures dated Dec. 2, 2005, attached hereto)
  b. The Site City Agreement a/k/a The City Site Agreement

Very truly yours,

KAREN WOHLFORTH, ESQ.(KD0235)
ZELDA E. STEWART, ESQ.(ZS8376)
Attorneys for Jody Concepcion

Cc: Jeff Dougherty, Special Asst. Corp. Counsel
  Peter Farrell, Special Asst. Corp. Counsel

*[Handwritten endorsement:]* 3/1/06 As discussed in today's conference, plaintiff shall file any motion to compel by March 15, 2006, defendants shall answer the motion by March 29, 2006, and plaintiff shall reply by April 5, 2006.

SO ORDERED.
James C. Francis IV
USMJ