**MEMO ENDORSED**

KAREN WOHLFORTH
ATTORNEY AT LAW
SUITE 1700
299 BROADWAY
NEW YORK, NEW YORK 10007
(212) 619-2457

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/06
```

**VIA FACSIMILE (212) 805-7930**

March 2, 2006

Honorable James C. Francis IV
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007-1312

      Re: Jody Concepcion v. The City of New York, et al
      05 CV 8501 (KMK)

Dear Judge Francis:

  I am in receipt of your proposed motion schedule for the above referenced matter. As I advised the Court, I will be away on vacation the first three weeks of April. Consequently, I have requested that Corporation Counsel agree to modify the motion schedule in order to accommodate my vacation schedule. We have agreed, subject to your approval, to the following schedule:

  motion by plaintiff on or before March 24, 2006
  response by defendant on or before April 14, 2006
  reply by plaintiff on or before April 28, 2006

  Thank you for your kind attention to this matter.

           Very truly yours,

           KAREN WOHLFORTH, ESQ.

Cc: Jeff Dougherty, Esq. Sp. Asst. Corp. Counsel

3/3/06
Application granted.
SO ORDERED.
James C. Francis IV
USMJ