KAREN WOHLFORTH
ATTORNEY AT LAW
SUITE 1700
299 BROADWAY
NEW YORK, NEW YORK 10007

(212) 619-2457

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/06
```

**VIA FACSIMILE (212) 805-7930**

April 26, 2006

Honorable James C. Francis IV
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007-1312

           Re: Jody Concepcion v. The City of New York et al.
              05 CV 8501 (KMK)

Dear Judge Francis:

    I am just back from vacation, and herewith request an extension of time to submit a reply in the pending motion before the court. Since Corporation Counsel had additional time to submit an answer, Mr. Dougherty has agreed, subject to your approval, to a one week extension of time for the reply, from April 28, 2006 until May 5, 2006.

    Thank you for your kind attention to this matter.

                                  Very truly yours,

                                  KAREN WOHLFORTH, ESQ. (KW0035)

Cc: Jeff Dougherty, Esq, Special Assistant Corp. Counsel

*4/27/06*
*Application granted.*
*SO ORDERED.*
*James C. Francis IV*
*USMJ*