# MEMO ENDORSED



THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

JEFFREY A. DOUGHERTY
*Special Assistant Corporation Counsel*
jdougher@law.nyc.gov
212-788-8342
212-788-9776 (fax)

**BY FACSIMILE**

Honorable James C. Francis IV
United States Magistrate Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1960
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/06
```

May 31, 2006

Re:  Concepcion v. City of New York, et al. 05-CV-8501 (KMK) (JCF)

Dear Judge Francis:

    On behalf of plaintiff and defendants, I write to request a modification of the deadlines for items 5-18 in the Case Management Order ("CMO") in this case. The parties currently are focused on the consolidated witness depositions, which are continuing. Both sides need additional time for other discovery including depositions of non-consolidated defense witnesses, plaintiff and third party witnesses. Accordingly, plaintiff and defendants jointly request that the Court grant a 3-month extension on the deadlines in the CMO for items 5-18. If this meets with your approval, would you please "so order" it? Thank you.

Very truly yours,

Jeffrey A. Dougherty
Jeffrey A. Dougherty

cc:  Karen Wohlforth, Esq. (by Facsimile)
     Zelda Stewart, Esq. (by Facsimile)

6/1/06
Application granted.
SO ORDERED.
James C. Francis IV
USMJ