**MEMO ENDORSED**

KAREN WOHLFORTH
ATTORNEY AT LAW
SUITE 1700
299 BROADWAY
NEW YORK, NEW YORK 10007
(212) 619-2457

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/06

October 27, 2006

Honorable James C. Francis IV
United States Magistrate Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1960
New York, New York 10007

05 CIV 8501 (KMK) (JCF)

Re: Concepcion v. City of New York, Republican National Committee et al.

Dear Judge Francis:

    In view of the additional issues and defendants involved in the above referenced case, counsel for the parties hereto have stipulated to a four month enlargement of time for items 5-18 of the Case Management Order.
    We are herewith requesting that you so-order this agreement with respect to the attached CMO.

Respectfully submitted,

KAREN WOHLFORTH, ESQ. (KD0235)
ZELDA E. STEWART, ESQ. (ZES 8375)

Cc: Jeff Dougherty, Esq.
    Asst. Corp. Counsel

10/30/06
Application granted.
SO ORDERED.
James C. Francis IV
USMJ