

**MEMO ENDORSED**

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

JEFFREY A. DOUGHERTY
*Special Assistant Corporation Counsel*
Room 3-126
Telephone: (212) 788-8342
Facsimile: (212) 788-9776
jdougher@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/06

November 14, 2006

**BY FACSIMILE**
The Honorable James C. Francis IV
United States Magistrate Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1960
New York, New York 10007-1312

Re:   *Concepcion v. City of New York, et al.* 05-CV-8501 (KMK)(JCF)

Dear Judge Francis:

   I write to inform the Court that plaintiff Jody Concepcion (Plaintiff) is in non-compliance with Your Honor's October 23, 2006 Order that "plaintiff shall provide all releases for psychiatric and pharmaceutical providers by October 31, 2006, failing which her claims of emotional distress shall be dismissed immediately." A copy of Your Honor's October 23, 2006 Order is attached as Ex. A. Accordingly, consistent with Your Honor's Order, defendants respectfully request that the Court dismiss Plaintiff's emotional distress claims. Thank you.

Very truly yours,

Jeffrey A. Dougherty

cc:   Karen D. Wohlforth, Esq. (by Facsimile)
      Zelda Stewart, Esq. (by Facsimile)

11/27/06

Application granted. Plaintiff's claims of mental and emotional distress are dismissed. SO ORDERED.

James C. Francis IV
USMJ