UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JODY CONCEPCION,

           Plaintiff,

  -v-

THE CITY OF NEW YORK, POLICE OFFICER
ALEXIS FERNANDEZ, JANE and JOHN DOES 1-
15, and THE REPUBLICAN NATIONAL
COMMITTEE,

           Defendants.

05 CV 8501    (KMK)(JCF)

MOTION SCHEDULING ORDER



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 12/6/06

**KARAS, U.S.D.J.**

    At the Pre-Motion Conference before the Court held on December 5, 2006 the Court adopted the following scheduling order:

    Defendant's motion to dismiss shall be served upon opposing counsel not later than January 12, 2007.

    Plaintiff's opposition papers are to be served upon opposing counsel not later than February 9, 2007. If plaintiff chooses to file a motion to amend her complaint, that motion is also to be filed at this time. Any such motion to amend must be accompanied by a proposed amended complaint and must explain why the amended complaint satisfies the pleading requirements.

    Reply papers are to be served upon opposing counsel not later than March 1, 2007.

    Sur-reply papers shall not be accepted or filed unless prior permission of the Court is given.

    Counsel are reminded that there is a strict page limit, which will only be extended in extreme circumstances.

The movant shall electronically file its motion and reply papers with the Clerk only when the entire motion is fully briefed. The respondent shall electronically file opposition papers only when advised by the movant that its papers are being filed. Courtesy copies are to be served on the opposing parties by the assigned date. Two courtesy copies of all papers also shall be sent to this Court at the time they are served upon opposing counsel.

SO ORDERED.

DATED:   New York, New York
         December  5  , 2006

                                              _____
                                              KENNETH M. KARAS
                                              UNITED STATES DISTRICT JUDGE