```
UNITED STATES DISTRICT COURT                (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -:
JUDY CONCEPCION,                    : 05 Civ. 8501 (KMK) (JCF)
                                    :
                Plaintiff,          :      O R D E R
                                    :
     - against -                    :
                                    :
THE CITY OF NEW YORK, et al.,       :
                                    :
                Defendants.         :
- - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 1/17/07]

Plaintiff having submitted a letter motion seeking to compel discovery responses relating to claims involving defendant Republican National Committee, and defendants having opposed the motion and cross-moved for a stay of this discovery pending determination of their motion to dismiss claims concerning the Republican National Committee, it is hereby ORDERED as follows:

1. The defendants' application for a stay is denied. Although claims involving the Republican National Committee have been pending since October 2005, defendants only recently requested permission to move to dismiss them. Further, even if the motion were granted, the information sought would likely be relevant to the remaining claims and could be sought by subpoena. Finally, any stay would risk substantial delay in the final resolution of this case.

2. Plaintiff's Interrogatory No. 1 and Document Requests Nos. 2 and 3 are properly limited to communications concerning arrest and detention policies for demonstrators, and all defendants, including the Republican National Committee shall therefore provide

1

complete substantive responses and produce the requested documents by February 15, 2007.

3. Defendants have represented that they do not possess the document sought in Document Request No. 1.

4. Defendants shall proceed forthwith to schedule the depositions noticed by plaintiff. To the extent any deponent neither resides nor is employed within this district, the deposition shall be conducted in the jurisdiction where that deponent resides or works unless plaintiff agrees to pay for the travel and accommodation expenses for the deponent to appear in New York.

SO ORDERED.

/s/ James C. Francis IV
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         January 17, 2007

Copies mailed this date:

Karen Wohlforth, Esq.
Zelda E. Stewart, Esq.
299 Broadway, Suite 1700
New York, New York 10007

Jeffrey Dougherty, Esq.
Assistant Corporation Counsel
City of New York Law Department
100 Church Street
New York, New York 10007