```
UNITED STATES DISTRICT COURT            (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
JUDY CONCEPCION,                        : 05 Civ. 8501 (KMK) (JCF)
                                        :
               Plaintiff,               :     O R D E R
                                        :
     - against -                        :
                                        :
THE CITY OF NEW YORK, et al.,           :
                                        :
               Defendants.              :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/07

Plaintiff having raised certain discovery issues in counsel's letter dated April 4, 2007, it is hereby ORDERED as follows:

1. Defendants have represented that they have no documents in their possession, custody or control responsive to Requests Nos. 2 and 3 of Plaintiff's Second Set of Interrogatory and Document Demands to Defendants. Plaintiff's counsel may probe that representation during depositions, and if it proves to be inaccurate, plaintiff's counsel may recall the relevant deponents at defendants' expense.

2. Plaintiff's Supplementary Interrogatory Demands Nos. 2, 3, 4, and 5 are overbroad and need not be responded to.

3. In response to Plaintiff's Supplementary Interrogatory Demands Nos. 6 and 7, defendants shall produce those portions of the RFP and Response to the RFP that relate to indemnity or security.

4. Each party shall bear its own costs in connection with this application.

1

SO ORDERED.

*[signature: James C. Francis IV]*

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:    New York, New York
          April 27, 2007

Copies mailed this date:

Karen Wohlforth, Esq.
Zelda E. Stewart, Esq.
299 Broadway, Suite 1700
New York, New York 10007

Jeffrey Dougherty, Esq.
Assistant Corporation Counsel
City of New York Law Department
100 Church Street
New York, New York 10007