```
UNITED STATES DISTRICT COURT              (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - :
JUDY CONCEPCION,                     : 05 Civ. 8501 (KMK) (JCF)
                                     :
                Plaintiff,           :      O R D E R
                                     :
     - against -                     :
                                     :
THE CITY OF NEW YORK, et al.,        :
                                     :
                Defendants.          :
- - - - - - - - - - - - - - - - - - :
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/07

The parties having presented certain discovery issues, it is hereby ORDERED as follows:

1. Defendants shall produce the requested Convention Security Plan; Transportation Plan; and documents relating to any communications among the Republican National Committee, the New York City Policy Department, and U.S. Security, Inc. to the extent that such information relates to arrest or detention policies for the 2004 Republican National Convention. Responsive documents must be produced even if the "Convention Security Plan" and "Transportation Plan" do not consist of single, cohesive documents.

2. The confidentiality designation shall be removed from the deposition transcript of David Norcross by consent of the parties.

3. The parties' respective applications for an award of costs are denied.

SO ORDERED.

*/s/ James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

1

Dated:   New York, New York
         August 27, 2007

Copies mailed this date:

Karen Wohlforth, Esq.
Zelda E. Stewart, Esq.
299 Broadway, Suite 1700
New York, New York 10007

Jeffrey Dougherty, Esq.
Assistant Corporation Counsel
City of New York Law Department
100 Church Street
New York, New York 10007