UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
JODY CONCEPCION,                        :  05 Civ. 8501 (KMK) (JCF)
                                        :
                    Plaintiff,          :
                                        :       O R D E R
                                        :
       - against -                      :
                                        :
THE CITY OF NEW YORK, POLICE            :
OFFICER ALEXIS FERNANDEZ, Shield        :
#29781, "JANE and JOHN DOES" 1-15,      :
and the REPUBLICAN NATIONAL             :
COMMITTEE,                              :
                                        :
                    Defendants.         :
- - - - - - - - - - - - - - - - - - - -:

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

    The Court having reviewed in camera the Crisis Management Plan (the "Plan") prepared by U.S. Security, Inc., it is hereby ORDERED that plaintiff's application for an order to compel production of the Plan and for sanctions for defendants' failure to produce it earlier is denied.  The Plan contains no information relevant to the claims and defenses in this case.

                          SO ORDERED.

                          JAMES C. FRANCIS IV
                          UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       October 9, 2007

Copies mailed this date to:

Karen Wohlforth, Esq.
Zelda E. Stewart, Esq.
299 Broadway, Suite 1700
New York, New York 10007

Jeffrey Dougherty, Esq.
Assistant Corporation Counsel
City of New York Law Department
100 Church Street
New York, New York 10007