```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -:
JUDY CONCEPCION,                    : 05 Civ. 8501 (RJS) (JCF)
                                    :
              Plaintiff,            :    O R D E R
                                    :
     - against -                    :
                                    :
THE CITY OF NEW YORK, et al.,       :
                                    :
              Defendants.           :
- - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

Plaintiff having moved by letter dated January 21, 2008 for an order deeming defendants to have admitted certain facts, it is hereby ORDERED that the defendants are deemed to have admitted that they cannot identify any member of the NYPD, except for Officer Alexis Fernandez, who has personal knowledge of individual conduct of plaintiff which served as a basis for plaintiff's arrest. This does not preclude the defendants from presenting evidence that a plaintiff was within a group of individuals allegedly engaged in unlawful activity or from arguing that such evidence is sifficient to demonstrate probable cause.

SO ORDERED.

*[signature: James C. Francis IV]*

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         April 22, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08

1

Copies mailed this date:

Karen Wohlforth, Esq.
Zelda E. Stewart, Esq.
299 Broadway, Suite 1700
New York, New York 10007

Jeffrey A. Dougherty, Esq.
Assistant Corporation Counsel
City of New York Law Department
100 Church Street
New York, New York 10007