UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08
```

JODY CONCEPCION,

                      Plaintiff,

-v-

CITY OF NEW YORK, et al.,

                      Defendants.

No. 05 Civ. 8501 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    On May 7, 2008, this Court filed under seal a Memorandum & Order resolving the parties' outstanding cross-motions.

    IT IS HEREBY ORDERED that the parties shall participate in a telephone conference with the Court regarding the unsealing or redaction of materials quoted in the Memorandum & Order that would otherwise be subject to a protective order. The parties shall contact Chambers forthwith to schedule the telephone conference. Thereafter, the Court will unseal the Memorandum & Order.

SO ORDERED.

DATED:    New York, New York
                May 7, 2008

                                                            RICHARD J. SULLIVAN
                                                            UNITED STATES DISTRICT JUDGE