UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



JODY CONCEPCION,

                Plaintiff,

-v-

CITY OF NEW YORK, *et al.*,

                Defendants.

No. 05 Civ. 8501 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that the Memorandum and Order dated May 7, 2008, which was previously filed under seal, shall be unsealed, upon consent of the parties entered on the record before the Court on May 9, 2008.

SO ORDERED.

DATED:    New York, New York
              May 9, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE